IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN ROBERT DEMOS, JR,

    Plaintiff,

v.                                CASE NO. 1:10-cv-00050-MP-AK

THE UNITED STATES OF AMERICA,

    Defendant.

_____/

## **O R D E R**

Plaintiff, an inmate presently incarcerated in the State of Washington, brings this "admiralty" complaint alleging that he has been kidnapped and held by pirates and other such nonsense. (Doc. 1). He also seeks to proceed *in forma pauperis*. (Doc. 2).

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had more than three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. Plaintiff has also been advised that this Court considers him a "three striker," and that he must allege imminent danger or pay the full filing fee. See Doc. 3 in Case No. 4:08cv233-SPM/WCS; Doc. 3 in Case No. 4:00cv370. In the

Report and Recommendations entered in both these previous cases, the Court took judicial notice of and listed 26 cases filed by this Plaintiff that had been dismissed as frivolous.

The instant complaint is not filed on the proper forms and is frivolous on its face. There are no allegations that would bring him within the "imminent danger" exception.

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, his request to proceed *in forma pauperis* should be denied and this action should be dismissed. The dismissal should be without prejudice to him making the same allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing the complaint.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. That Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is **DENIED.**

2. That the complaint is **DISMISSED without prejudice.**

**DONE AND ORDERED** this *15th* day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge